JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PFINGSTON, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CULVER CITY, CULVER CITY POLICE DEPARTMENT; POLICE CHIEF DON PEDERSEN, LT. MILTON McKINNON, DETECTIVE KIRK NEWMAN, POLICE OFFICER MICHAEL POULIN, SGT. BRANN, and UNKNOWN POLICE OFFICERS, in their official capacities, <br><br> Defendants. | Case No.: CV13-08172 GAF (JCGx) <br><br> **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that following stipulation of the parties, this civil action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side is to bear their own fees and costs.

IT IS SO ORDERED.

DATED: December 12, 2013      _____

Honorable Gary A. Feess
United States District Judge

- 1 -
ORDER RE DISMISSAL